**Dismissed and Memorandum Opinion filed August 27, 2024**



In The

# Fourteenth Court of Appeals

## NO. 14-24-00529-CV

### SON V. MAI AND HOA T. NGUYEN, Appellants

### V.

### YENHI LE TRANG AND HOUNG TRANG, Appellees

**On Appeal from the 333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2023-78674**

## MEMORANDUM OPINION

This is an attempted appeal from an interlocutory order signed June 25, 2024. Generally, appeals may be taken only from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). When orders do not dispose of all pending parties and claims, the orders remain interlocutory and unappealable until final judgment is rendered unless a statutory exception applies. *Bally Total Fitness Corp. v. Jackson*, 53 S.W.3d 352, 352 (Tex. 2001); *Jack B. Anglin Co., Inc. v. Tipps*, 842 S.W.2d 266, 272 (Tex. 1992) (orig. proceeding).

On August 1, 2024, notification was transmitted to the parties of this court's intention to dismiss the appeal for want of jurisdiction unless appellant filed a response demonstrating grounds for continuing the appeal within 10 days. *See* Tex. R. App. P. 42.3(a). On August 8, 2024, appellants filed a motion to withdraw the appeal. The motion is granted.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Jewell, Bourliot, and Zimmerer